IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00423-BNB

CHRISTOPHER GREEN,
    Petitioner,

v.

WARDEN, USP Florence,
    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 05 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Christopher Green, initiated this action by filing *pro se* a Petition for Writ of Habeas Corpus by Person in Federal Custody Pursuant to 28 U.S.C. Sections 2241 and 2243 and a Memorandum of Law in Support of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Sections 2241 and 2243. In an order filed on February 25, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Green to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Green to file an application for a writ of habeas corpus on the proper form as required by the Court's local rules and to either pay the filing fee or file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Green was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Green has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's February 25 order. Therefore, the action will be dismissed without prejudice for failure to cure the

deficiencies. Accordingly, it is

ORDERED that the Petition for Writ of Habeas Corpus by Person in Federal Custody Pursuant to 28 U.S.C. Sections 2241 and 2243 is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 5th day of April, 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00423-BNB

Christopher Green
Reg No. 09462-021
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** o the above-named individuals on 4/5/10

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk